# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAHUZA MOHAMMED, | : |
| Petitioner, | : |
| v. | : No.: 4:16-CV-1971 |
| ICE, | : (Judge Brann) |
| Respondent. | : |

## ORDER

**AND NOW**, this 6th day of July, 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge